# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **STARK, et al.,** | Case No. 1:20-cv-01254-PAB |
| **Plaintiffs,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **KEYCORP, et al.,** | |
| **Defendants.** | **STATUS CONFERENCE ORDER** |

An **in-person status conference with lead counsel is set for January 6, 2022 at 1:30 p.m**. Counsel shall confer within five (5) business days of the scheduled conference to discuss outstanding issues and respective positions as to settlement. Counsel shall provide to the Court within three (3) business days of the conference, a joint Status Report or confidential individual Status Reports describing the status of discovery, settlement positions, and issues to be addressed. The Status Reports need not be filed, but may be delivered via email to Barker_Chambers@ohnd.uscourts.gov

Any requests to reschedule the Status Conference and/or excuse the in-person attendance of lead counsel must be set forth in a written motion. Such motion must be filed no less than seven (7) days prior to the Status Conference, absent extenuating circumstances. With regard to a motion to reschedule the Status Conference, the moving party (or parties, if it is a joint motion) must confer with opposing counsel and propose no less than three (3) alternative dates that are agreeable to all participants. Any request not complying with the above provisions will be denied. The Court will not entertain telephone calls or emails requesting that the Status Conference be rescheduled or that lead counsel be excused.

**IT IS SO ORDERED**.

Date: August 25, 2021

*s/ Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE