## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Gregory Stark, William Gaff, Michael Lewin, Kimberly Zahr, and Dwight Kurek, individually and as representatives of a class of similarly situated persons, and on behalf of the KeyCorp 401(k) Savings Plan, <br><br>        Plaintiffs, <br><br> v. <br><br> KeyCorp, the Trust Oversight Committee, and John Does 1-30, <br><br>        Defendants. | Case No. 1:20-cv-01254-PAB <br><br> Judge Pamela A. Barker <br><br> **CLASS ACTION** <br><br> It is so STIPULATED. <br><br> s/Pamela A. Barker 10/21/2021 <br> PAMELA A. BARKER <br> U.S. DISTRICT JUDGE |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to dismissal of the above-captioned action. Plaintiffs and Defendants shall each bear their own costs, expenses, disbursements, and attorneys' fees.

Dated: October 20, 2021

**NICHOLS KASTER, PLLP**

By: /s/ Kai H. Richter
Paul J. Lukas, MN Bar No. 022084X*
Kai H. Richter, MN Bar No. 0296545*
Brock J. Specht, MN Bar No. 0388343*
Grace I. Chanin, MN Bar No. 0399969*
* admitted pro hac vice
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
plukas@nka.com
krichter@nka.com

**BAKER HOSTETLER LLP**

By: /s/ James A. Slater
Daniel R. Warren (0054595)
James A. Slater (0074524)
Jeremy S. Dunnaback (0098129)
Austin N. Davis (0099185)
Baker & Hostetler LLP
127 Public Square, St. 2000
Cleveland, OH 44114
Telephone: 216-861-7145
dwarren@bakerlaw.com
jslater@bakerlaw.com
jdunnaback@bakerlaw.com
andavis@bakerlaw.com

bspecht@nka.com
gchanin@nka.com

**BARKAN MEIZLISH DEROSE
WENTZ MCINERNEY PEIFER, LLP**
Robert E. DeRose    (OH #0055214)
250 E. Broad Street, 10 Floor
Columbus, OH 43215
Telephone: (614) 221-4221
Facsimile: (614) 744-2300
bderose@barkanmeislish.com

*Counsel for Plaintiffs and the proposed
Class*

*Counsel for KeyCorp and the Trust
Oversight Committee of the KeyCorp
401(k) Savings Plan*